# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

MIGUEL LEGASPY,

                V.                **JUDGMENT IN A CIVIL CASE**

IVES, et al.,

                            **CASE NUMBER:**   09cv2851-BTM (POR)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses this case without prejudice for failure to state a cognizable claim on habeas corpus.....................................................................................................................................................
..................................................................................................................................................................

| January 27, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON January 27, 2010 |

09cv2851-BTM (POR)